FILED
2019 Feb-06  AM 11:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

**Andrew Clements,**
Individually and on behalf of all others similarly situated

**Plaintiff,**

v.

**TOTAL CARD, Inc.,**
A South Dakota Corporation

**Defendant.**

Case No.: 4:18-cv-574-ACA

## ORDER

In accordance with the Joint Stipulation of Dismissal (Doc. 26), filed February 5, 2019, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE** as to the dismissal of Plaintiff's individual claims, and **DISMISSED WITHOUT PREJUDICE** as to the claims of the putative class members. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this February 6, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE